**John DUNAWAY, Plaintiff–Appellant,**

v.

**Dale E. HARTFORD, G.L.R. of I.A.M., Defendant–Appellee.**

No. 06–1997.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2006.

Decided: Dec. 13, 2006.

John Dunaway, Appellant Pro Se. Joel Allen Smith, Steven Marc Lubar, Jeffrey M. Ross, Kahn, Smith & Collins, PA, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Dunaway appeals the district court order granting Dale E. Hartford's motion for summary judgment and dismissing his complaint. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. *See Dunaway v. Hartford,* No. 1:03–cv–03398–BEL (D. Md. filed Aug. 30, 2006; entered Aug. 31, 2006). We deny the motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*